## In re APPEAL OF OKLAHOMA & R. M. R. CO.

No. 23101. Opinion Filed April 4, 1933.

John S. Kirkpatrick, Tom Finney, and McPherren & Maurer, for petitioner.

J. Berry King, Atty. Gen., F. M. Dudley, Asst. Atty. Gen., and C. W. King, for respondent.

PER CURIAM. The opinion in the case of In re Appeal of Texas, Oklahoma & Eastern Railroad Company, No. 23100, 163 Okla. 25, 20 P. (2d) 878, having disposed of this matter, the appeal is therefore dismissed.